M MC 45904
3833 (921.6)

February 14, 1986

CERTIFIED - RETURN RECEIPT REQUESTED

3636

DECISION

White Hope Mine, Inc.
4354 Head Drive
Helena, Montana 59601

RECORDATION OF MINING CLAIMS

Mining Claims Declared Abandoned and Void

In accordance with the Federal Land Policy and Management Act of 1976 (FLPMA) and the regulations in 43 CFR 3833.2-1, the following mining claims were located and recorded in this office on October 16, 1979:

| Claim Name | Serial Number | Location Date |
|---|---|---|
| White Hope No. 1 | M MC 45904 | April 10, 1924 |
| White Hope No. 2 | M MC 45905 | April 10, 1924 |
| White Hope No. III | M MC 45906 | April 10, 1924 |
| White Hope No. 4 | M MC 45907 | April 10, 1924 |
| White Hope Number 5 | M MC 45908 | June 27, 1924 |
| White Hope No. 6 | M MC 45909 | June 27, 1924 |
| White Hope No. 7 | M MC 45910 | June 27, 1924 |
| White Hope No. 8 | M MC 45911 | June 27, 1924 |
| White Hope # 9 | M MC 45912 | August 20, 1963 |
| White Hope # 10 | M MC 45913 | August 20, 1963 |
| White Hope # 12 | M MC 45915 | August 20, 1963 |
| White Hope # 13 | M MC 45916 | August 20, 1963 |
| WHITE HOPE # 14 | M MC 45917 | July 11, 1967 |
| WHITE HOPE # 15 | M MC 45918 | July 11, 1967 |
| White Hope # 16 | M MC 45919 | September 28, 1969 |
| White Hope # 17 | M MC 45920 | September 28, 1969 |
| White Hope # 18 | M MC 45921 | September 28, 1969 |
| White Hope # 19 | M MC 45922 | September 28, 1969 |
| White Hope # 20 | M MC 45923 | September 28, 1969 |
| Bear Trap No. 1 | M MC 45924 | August 10, 1945 |
| Bear Trap No. 2 | M MC 45925 | August 10, 1945 |
| Mad Russian # 1 | M MC 45926 | September 29, 1969 |
| Mad Russian # 2 | M MC 45927 | September 29, 1969 |
| Mad Russian # 3 | M MC 45928 | September 29, 1969 |
| Mad Russian # 4 | M MC 45929 | September 29, 1969 |

NO APPEAL FILED:
THIS DECISION FINAL

4/1/86

EXHIBIT

A

| Claim Name | Serial Number | Location Date |
|---|---|---|
| Mad Russian # 7 | M MC 45930 | September 29, 1969 |
| Mad Russian # 8 | M MC 45931 | September 29, 1969 |
| Mad Russian # 9 | M MC 45932 | September 29, 1969 |
| Mad Russian # 10 | M MC 45933 | September 29, 1969 |
| Mad Russian # 11 | M MC 45934 | September 29, 1969 |
| Silver Tip # 12 | M MC 45935 | July 6, 1970 |
| Silver Tip # 14 | M MC 45936 | July 6, 1970 |
| Silver Tip # 16 | M MC 45937 | July 7, 1970 |
| Silver Tip # 35 | M MC 45938 | July 7, 1970 |
| Silver Tip # 37 | M MC 45939 | July 7, 1970 |
| Bear Trap No. 3 | M MC 45940 | August 10, 1945 |
| Bear Trap No. 4 | M MC 45941 | August 10, 1945 |
| Bear Trap # 5 | M MC 45942 | August 7, 1963 |
| Bear Trap # 6 | M MC 45943 | August 7, 1963 |
| White Hope # 24 | M MC 45944 | September 29, 1969 |
| White Hope # 25 | M MC 45945 | September 29, 1969 |
| Grizzly # 2 | M MC 45946 | July 8, 1970 |
| Grizzly # 4 | M MC 45947 | July 8, 1970 |
| Grizzly # 6 | M MC 45948 | July 9, 1970 |
| Grizzly # 7 | M MC 45949 | July 9, 1970 |
| Grizzly # 9 | M MC 45950 | July 9, 1970 |
| White Hope No. 26 | M MC 45951 | July 14, 1970 |
| OLD BEN NO. 1 | M MC 45952 | June 30, 1967 |
| OLD BEN NO. 2 | M MC 45953 | July 5, 1967 |
| OLD BEN No. 3 | M MC 45954 | July 5, 1967 |
| OLD BEN No. 4. | M MC 45955 | July 5, 1967 |
| OLD BEN No 5. | M MC 45956 | July 5, 1967 |
| OLD BEN No 6. | M MC 45957 | July 5, 1967 |
| Sammy K. | M MC 45958 | September 9, 1943 |
| WHITE HOPE #1 EXTENTION | M MC 45959 | July 11, 1967 |
| WHITE HOPE NUMBER 2 Extention | M MC 45960 | August 15, 1966 |
| White Hope No 31 | M MC 45961 | July 14, 1970 |
| White Hope NO 32 | M MC 45962 | July 15, 1970 |
| White Hope No 33 | M MC 45963 | July 15, 1970 |
| White Hope No. 36 | M MC 45964 | August 12, 1970 |
| White Hope # 37 | M MC 45965 | August 12, 1970 |
| White Hope # 38 | M MC 45966 | August 12, 1970 |
| White Hope # 39 | M MC 45967 | August 12, 1970 |
| White Hope # 40 | M MC 45968 | August 13, 1970 |
| White Hope # 41 | M MC 45969 | August 13, 1970 |
| White Hope # 42 | M MC 45970 | August 13, 1970 |
| Mad Russian # 5 | M MC 45971 | September 29, 1969 |
| Mad Russian # 6 | M MC 45972 | September 29, 1969 |
| Silver Dollar | M MC 45973 | September 9, 1943 |

The law and the implementing regulations 43 CFR 3833.2-1 require that the owner of an unpatented mining claims file evidence of assessment work performed or notice of intention to hold that claim with the Bureau of Land Management on or before December 30 of each calendar year following the calendar year in which the claim was recorded. Effective December 30, 1982, "timely filed" was defined as being filed within the time period prescribed by

law, or received on January 19th after the period prescribed by law, or received on January 19th after the period prescribed by law in an envelope bearing a clearly dated postmark affixed by the United States Postal Service within the period prescribed by law. In other words, the envelope must have been postmarked no later than December 30th.

The affidavit for the above mining claims was received January 2, 1986; however, the envelope was not postmarked until December 31, 1985, which is not acceptable as "timely filed." The affidavit has been accepted as a Notice of Intent to Hold White Hope # 11 Millsite (M MC 45914) because there is no penalty for late filed documents for millsites.

Regulation 43 CFR 3833.4 implementing the law provides that failure to timely file the affidavit or notice shall be deemed conclusively to constitute an abandonment of the mining claim and it shall be void.

The above listed claims are, therefore, declared abandoned and void for failure to file evidence of assessment work performed or notice of intent to hold the claims within the calendar year 1985, i.e., on or after January 1 and on or before December 30.

The above listed mining claims may be relocated and the new Certificates of Location recorded with the Bureau of Land Management within 90 days after the date of such location in accordance with the provisions of 43 CFR 3833.1-2, if there are no intervening rights and the lands are open to mineral location.

This Decision is final upon receipt. You have the right of appeal to the Board of Land Appeals, Office of Hearings and Appeals, in accordance with 43 CFR Part 4. See th[illegible]osed information sheet. If you appeal, notice must be filed in the Mont[illegible]tate Office at the above address, within 30 days from receipt of this Decis[illegible]. The appellant must serve a copy of the notice of appeal and of any statement of reasons, written arguments, or briefs on the Field Solicitor (see Sec. 4.413 of the attached information sheet). As appellant, you will have the burden of proving, by presenting positive and substantial evidence, where this decision is in error.

/s/ Jeanette M. Bejot

Jeanette M. Bejot, Chief
Solid Minerals Adjudication Section

3 Enclosures
- 1-Regulations
- 2-Affidavit of Annual Representation
- 3-Information Sheet

921.2:JMBEJOT:RJHOWARD:cjm:2-13-86:x6875
2401p/2446p

Grsct 2809

NO. 101—AFFIDAVIT OF ANNUAL REPRESENTATION OF MINING CLAIM.

DEPT. OF INTERIOR BUR. OF LAND

# AFFIDAVIT OF ANNUAL REPRESENTATION OF MINING CLAIM

1986 JAN -2 AM 9 42

STATE OF MONTANA
BILLINGS, MONTANA
County of Lewis & Clark } ss.

White Hope Mine Inc. Harold Wilson (Pres.) Raymond S. Kelnec (Vice pres.) George H. Kelnec (Sec. Treas.)

of lawful age, being duly sworn depose S and say:

That they are the locator or locators or the authorized agent... of the locator or locators of the mining claim S hereinafter described.

1. The name S of the mining claim (is) (are):

Listed on Back →

2. The said mining claim S (is) (are) located in Section See Book, Township See Back Range See Back and. All in the Heddelston Mining District Listed on Back → in Lewis & Clark County, State of Montana.

3. The book and page numbers wherein the original or latest amended relocation for each claim is recorded are:

See Back →

4. The number of days of work done, and the character of the work and value of improvements placed thereon or verified report of geological, geochemical or geophysical work relied upon and as required by Section 28-1 of Title 30 of the United States Code are described and identified as follows: Digging out bottom of caved tunnel with D-9 cat. + Reclamation work. In Excess of (Claims)

5. The dates between which such work or improvements were effected are: 16 Sept 1984 and 17 May 85

6. The work was done or improvements made were made at the instance and request of White Hope Mine Inc.

the locator of said mining claims

7. The actual amount paid for work and improvements is (None) Work Done By Stockholders dollars paid by

If annual assessment work is performed or caused to be performed at one or more points within a group of contiguous claims not exceeding ten, state description and location of work done, the names of the claims for whose benefit the work was performed and the total cost thereof (if claims are in more than one county, record affidavit in each county):

[signatures]

Subscribed and sworn to before me this 2nd day of December, 19 85.

[signature]
Notary Public for the State of Montana

Residing at Helena, Mt.

My Commission expires [illegible]

Space Below for Recorder's Use Only

RECORDER'S OFFICE
LEWIS & CLARK, Montana } ss.

Filed for record on the 30 day of Dec, A. D. 1985 at 12:07 o'clock P M., and recorded in Volume ... of Affidavits of Annual Representation on Page ...

LEWIS & CLARK
Records of ... Montana.
Sue Bartlett
County Recorder

By Kathy Davis Deputy.

Fee $10.00

345553

| (1) Names of Clames | (2) Section | (3) Range | (4) Township | (5) Book & Page No | (6) B.L.M. Ser Number |
|---|---|---|---|---|---|
| 1. White Hope #1. | [illegible] | [illegible]w | 15-N | 22-3[illegible] | MMC. 45904 |
| 2. " " #2. | 34 | 6W | 15-N | 22-307 | MMC. 45905 |
| 3. " " #3. | 34 | 6W | 15-N | 22-309 | MMC. 45906 |
| 4. " " #4. | 34 | 6W | 15-N | 22-310 | MMC. 45907 |
| 5. " " #5. | 34 | 6W | 15-N | 22-316 | MMC. 45908 |
| 6. " " #6. | 34 | 6W | 15-N | 22-317 | MMC. 45909 |
| 7. " " #7. | 34 | 6W | 15-N | 22-318 | MMC. 45910 |
| 8. " " #8. | 34 | 6W | 15-N | 22-319 | MMC. 45911 |
| 9. " " #9. | 34 | 6W | 15-N | 76-720 | MMC. 45912 |
| 10. " " #10. | 34 | 6W | 15-N | 76-722 | MMC 45913 |
| 11. " " #11. | 34 | 6W | 15-N | 76-724 | MMC 45914 |
| 12. " " #12. | 34 | 6W | 15-N | 76-726 | MMC 45915 |
| 13. " " #13. | 34 | 6W | 15-N | 76-728 | MMC 45916 |
| 14. " " #14. | 34 | 6W | 15-N | 87-250 | MMC 45917 |
| 15. " " #15. | 34 | 6W | 15-N | 87-252 | MMC 45918 |
| 16. " " #16. | 34 | 6W | 15-N | 92-435 | MMC 45919 |
| 17. " " #17. | 34 | 6W | 15-N | 92-437 | MMC 45920 |
| 18. " " #18. | 34 | 6W | 15-N | 92-439 | MMC 45921 |
| 19. " " #19. | 34 | 6W | 15-N | 92-441 | MMC 45922 |
| 20. " " #20. | 34 | 6W | 15-N | 92-443 | MMC 45923 |
| 21. Bear Trap #1. | 34/27 | 6W | 15-N | 28-122 | MMC 45924 |
| 22. " " #2. | 34/27 | 6W | 15-N | 28-123 | MMC 45925 |
| 23. Mud Russan #1. | 34/27 | 6-W | 15-N | 92-373 | MMC 45926 |
| 24. " " #2. | 34/27 | 6-W | 15-N | 92-375 | MMC 45927 |
| 25. " " #3. | 34/27 | 6-W | 15-N | 92-377 | MMC 45928 |
| 26. " " #4. | 34/27 | 6-W | 15-N | 92-379 | MMC 45929 |
| 27. " " #7. | 34/27 | 6-W | 15-N | 92-385 | MMC 45930 |
| 28. " " #8. | 34/27 | 6W | 15-N | 92-387 | MMC 45931 |
| 29. " " #9. | 34/27 | 6W | 15-N | 92-389 | MMC 45932 |
| 30. " " #11. | 34/27 | 6W | 15-N | 92-393 | MMC 45934 |
| 31. " " #10 | [illegible]27 | 6W | 15-N | 92-391 | MMC 45933 |
| 32. " " #5. | 27 | 6W | 15-N | 92-381 | MMC 45971 |
| 33. " " #6. | 27 | 6W | 15-N | 92-383 | MMC 45972 |
| 34. Silver Dollar # | 27 | 6W | 15-N | 29-82 | MMC 45973 |
| 35. Silver tip #12 | 34/27 | 6W | 15-N | 94-94 | MMC 45935 |
| 36 " " #14. | 34/27 | 6W | 15-N | 94-96 | MMC 45936 |
| 37. " " #16. | 34/27 | 6W | 15-N | 94-98 | MMC 45937 |
| 38. " " #35 | 34/27 | 6W | 15-N | 94-100 | MMC 45938 |
| 39. " " #37 | 34/27 | 6W | 15-N | 94-102 | MMC 45939 |
| 40. Bear Trap #3. | 34/27 | 6W | 15-N | 28-124 | MMC 45940 |
| 41. " " #4. | 34/27 | 6W | 15-N | 28-125 | MMC 45941 |
| 42. " " #5. | 34/27 | 6W | 15-N | 77-767 | MMC 45942 |
| 43. " " #6. | 34/27 | 6W | 15-N | 77-765 | MMC 45943 |
| 44. White Hope #24 | 3/35 | 6W | 15-N | 92-451 | MMC 45944 |
| 45. " " #25 | 3/35 | 6W | 15-N | 92-452 | MMC 45945 |
| 46. Grizzly #3. | 3/35 | 6W | 15-N | 94-82 | MMC 45946 |
| 47. " #4 | 3/35 | 6W | 15-N | 94-84 | MMC 45947 |
| 48. " #6. | 3/35 | 6W | 15-N | 94-86 | MMC 45948 |
| 49. " #7. | 3/35 | 6W | 15-N | 94-88 | MMC 45949 |
| 50. " #9. | 3/35 | 6W | 15-N | 94-90 | MMC 45950 |
| 51. White Hope #26. | 34 | 6W | 15-N | 93-784 | MMC. 45951 |
| 52. Old Ben #1. | 34 | 6W | 15-N | 87-177 | MMC. 45952 |
| 53. " " #2. | 34 | 6W | 15-N | 87-238 | MMC 45953 |
| 54. " " #3. | 34 | 6W | 15-N | 87-240 | MMC 45954 |
| 55. " " #4 | 34 | 6W | 15-N | 87-242 | MMC 45955 |
| 56. " " #5 | 34 | 6W | 15-N | 87-244 | MMC 45956 |
| 57. " " #6 | 34 | 6W | 15-N | 87-246 | MMC 45957 |
| 58. Sunny K # | 34 | 6W | 15-N | 38-83 | MMC 45958 |
| 59. White Hope Ext #1 | 34 | 6W | 15-N | 87-248 | MMC 45959 |
| 60. White Hope Ext #2 | 34 | 6W | 15-N | 85-234 | MMC 45960 |
| 61. White Hope #31 | 3/33/34 | 6W | 15-N | 93-786 | MMC 45961 |
| 62. " " #32 | 3/33/34 | 6W | 15-N | 93-788 | MMC 45962 |
| 63. " " #33 | 3/33/34 | 6W | 15-N | 93-790 | MMC 45963 |
| 64. " " #36 | 3/33/34 | 6W | 15-N | 94-108 | MMC 45964 |
| 65. " " #37 | 3/33/34 | 6W | 15-N | 94-110 | MMC 45965 |
| 66. " " #38 | 3/33/34 | 6W | 15-N | 94-112 | MMC 45966 |
| 67. " " #39 | 3/33/34 | 6W | 15-N | 94-114 | MMC 45967 |
| 68 " " #40 | 3/33/34 | 6W | 15-N | 94-116 | MMC 45968 |
| 69. " " #41 | 3/33/34 | 6W | 15-N | 94-118 | MMC 45969 |
| 70. " " #42 | 3/33/34 | 6W | 15-N | 94-120 | MMC 45970 |

White Hope Mine. INC
4354 Head Dr.
Helena, Montana. 59601

Total Number of Clames (70)

PS Form 3811, July 1983 447-845

SENDER: Complete items 1, 2, 3 and 4

3. Article Addressed to:

4. Type of Service:

5. Signature – Addressee

X

6. Signature – Agent

X

7. Date of Delivery

8. Addressee's Address

DOMESTIC RETURN RECEIPT



Box 422.
LINCOLN, MONT.
zip - 59639
39
U.S. Department of the Interior
Bureau of Land Managment.
Montana state office
Box 36800
Billings, Montana. 59107.
1986 JAN -2 AM 9 41
RETURN RECEIPT REQUESTED
CERTIFIED
P 132 334 568
MAIL