AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br>GEORGE KORNEC, PHILIP NAPPO,<br>INTERMOUNTAIN MINING AND REFINING, LLC.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  CV 15-78-H-CCL<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Kornec
825 Central Avenue
Great Falls, MT  59404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victoria L. Francis, AUSA
2601 2nd Avenue North, Suite 3200
Billings, MT  59101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: *August 11, 2015*                                    *[signature]*
                                                                          Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America | ) ) ) ) ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. CV 15-78-H-CCL |
| GEORGE KORNEC, PHILIP NAPPO, INTERMOUNTAIN MINING AND REFINING, LLC. | ) ) ) ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Intermountain Mining and Refining, LLC
by and through the Registered Agent George Kornec
825 Central Avenue
Great Falls, MT 59404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victoria L. Francis, AUSA
2601 2nd Avenue North, Suite 3200
Billings, MT 59101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: *August 11, 2015*

*[signature]*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br>GEORGE KORNEC, PHILIP NAPPO,<br>INTERMOUNTAIN MINING AND REFINING, LLC.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Civil Action No. CV 15-78-H-CCL<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Philip Nappo
825 Central Avenue
Great Falls, MT 59404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victoria L. Francis, AUSA
2601 2nd Avenue North, Suite 3200
Billings, MT 59101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 11, 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*