

FILED

AUG 13 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE KORNEC, PHILIP NAPPO, INTERMOUNTAIN MINING AND REFINING, LLC,<br><br>Defendants. | CV 15–78–H–CCL<br><br><br>ORDER |

On August 11, 2015, the Plaintiff United States of America filed a Complaint against Defendants George Kornec, Philip Nappo, and Intermountain Mining and Refining, LLC (the "Defendants"). (Doc. 1.) On August 11, 2015, the Clerk issued a Summons as to each Defendant, which were served on that same day. A Return of Service for each Summons was filed with the Clerk on August 12, 2015.

1

The Court reviewed the Plaintiff's Complaint on August 12, 2015. It contains no request for a temporary restraining order or preliminary injunction.

Accordingly, the Court hereby Orders as follows:

1. To defend this case, the Defendants must file with the Clerk a written Answer or Answers to the Complaint on or before September 1, 2015, which shall also be served upon Plaintiff. Failure to file and serve a written Answer could cause a Default Judgment to be entered against the Defendants that will grant to Plaintiff some or all of the relief it has requested in its Complaint.

2. Defendant Intermountain Mining and Refining, LLC, must obtain licensed counsel before appearing in federal court. *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201-02 (1993); *see also* 28 U.S.C. § 1654. Even a *pro se* litigant and sole shareholder may not represent a corporation in federal court. *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

3. A Preliminary Pretrial Conference before the Court is hereby set down on Friday, September 4, 2015, at 10:00 a.m., in Courtroom II of the United States District Courthouse, 901 Front Street, Helena, Montana, to discuss with the parties

the procedures for disposition of this case and to set down a bench trial to be held before the undersigned later in 2015.

4. The United States Marshals Service shall forthwith accomplish personal service of this Order upon each of the Defendants.

DATED this 13th day of August, 2015.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE