JOSHUA I. CAMPBELL
Jardine, Stephenson, Blewett & Weaver, P.C.
300 Central Avenue, Suite 700
P.O. Box 2269
Great Falls, MT 59403-2269
(406) 727-5000
(406) 761-4273 (Fax)
jcampbell@jardinelaw.com

*Attorneys for Defendants George Kornec, Philip Nappo, and Intermountain Mining and Refining, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CV-15-78-H-CCL |
| Plaintiff, | |
| v. | AFFIDAVIT OF FRED KELLY GRANT |
| GEORGE KORNEC, PHILIP NAPPO, INTERMOUNTAIN MINING AND REFINING, LLC, | |
| Defendants. | |

STATE OF California  )
                     : ss
County of ~~Butte~~ ) Sutter

Fred Kelly Grant, being first duly sworn upon his oath, deposes and says:

1. My personal information is as follows:

    a. State of Residence: Idaho


EXHIBIT A

  b. Firm Affiliation: Fred Kelly Grant Ltd; will be pro hac vice affiliated

      With Joshua I. Campbell of Jardine, Stephenson,

      Blewett & Weaver, P.C

  c. Office Address: 249 Smith Avenue, Nampa, Idaho 83651

  d. Business Telephone Number: 208-949-1061

  e. Facsimile Number: 406-761-4273

  f. Email address: fkellygrant@gmail.com

2. Admission Fee. In accordance with Mont. L.R. 83.1(d)(3)(B), a check in the amount of $250.00 made payable to the U.S. District Court has been mailed on this day to "Clerk, U.S. District Court."

3. Electronic Filing. I am proficient in electronic filing in another federal district court.

4. Bar Admissions Information. I certify I have been admitted to practice in the following courts: Court of Appeals of Maryland, June 1, 1963; United States District Court for the District of Maryland, June,1963; 4th Circuit Court of Appeals, June, 1963; Pro hac vice Superior Court of California, in and for the County of Yolo, 2015 in the case of People v.

Donnahoe, Case No. CRF-2014-1823, April, 2015; terminated in none of them).

5. **Certification of Good Standing.** I certify that I am in good standing and eligible to practice in the courts described in paragraph 4.

6. **Certification of No Disciplinary Proceeding.** I am not now, nor have I ever been suspended, disbarred, held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11, 37(b), 37(c), 37(d), or 37(f), or their state equivalents.

7. **Prior Request for Pro Hac Vice Admission to the District of Montana.** (Only pro hac vice is in California, People v. Donnahoe, CRF-2014-1823, Superior Court of California in and for the County of Yolo, April 2015, application granted by Richardson, J.)

I understand that this motion to admit is personal to me only and is not an admission of any law firm and that I will be held fully accountable for my conduct in the litigation of this Court

DATED September 26, 2015.

_____
FRED KELLY GRANT

SUBSCRIBED AND SWORN TO before me.

SEE ATTACHED.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~_____~~
2. ~~_____~~
3. ~~_____~~
4. ~~_____~~
5. ~~_____~~
6. ~~_____~~

_____ _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SUTTER

Subscribed and sworn to (or affirmed) before me on this 26TH day of SEPTEMBER, 20 15,
by
   Date          Month          Year

(1) FRED KELLY GRANT

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: A. CAFARO, Commission # 2018941, Notary Public - California, Sutter County, My Comm. Expires Apr 11, 2017]

Seal
Place Notary Seal Above

──────────── *OPTIONAL* ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: AFFIDAVIT OF FRED KELLY GRANT   Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

A. CAFARO
Commission # 2018841
Notary Public - California
Sutter County
My Comm. Expires Apr 11, 2017