UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE KORNEC, PHILIP NAPPO, INTERMOUNTAIN MINING AND REFINING, LLC,<br><br>Defendants. | Case No. CV-15-078-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 74), Judgment is entered in favor of Plaintiffs and against Defendants. Defendants' actions, as described in plaintiffs Complaint, are illegal and a violation of the regulations governing the surface land of the unpatented mining claims at issue in this case.

      Dated this 21st day of February 2019.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Heidi Gauthier
                                Heidi Gauthier, Deputy Clerk